UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BELLE CHASSE AUTOMOTIVE CARE INC., ET AL | CIVIL ACTION |
| VERSUS | NO: 08-1568 |
| ADVANCED AUTO PARTS, INC. | SECTION "N" (3) |

J U D G M E N T

For the reasons set forth in the Court's Order and Reasons dated March 24, 2009; accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that there be judgment in favor of defendant, Advanced Auto Parts, Inc. and against plaintiffs, Belle Chasse Automotive Care, Inc., Delta Tire Automotive Service, LLC, and Bonnie S. May, dismissing plaintiffs' complaint with prejudice.

New Orleans, Louisiana, this   25th   day of March, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE